UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

19/007
06/21/10 cnn)

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:    DAVID F. VIRNIG

Chapter 7 Case No.    09-51460

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of CITIBANK<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | 3 | $ 88.80 | $ 0.79 |

Date  6-18-10

J. Richard Stermer, Trustee

RECEIVED
10 JUN 21  AM 9:48
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN